# United States Bankruptcy Court
## Northern District of Ohio
## Eastern Division

| | |
|---|---|
| In Re: } | CHAPTER 7 PROCEEDINGS |
| Jeana Renee Hutsell } | JUDGE RUSS KENDIG |
| Debtor } | CASE NO. 18-61474 |
| Jeana Renee Hutsell } | ADVERSARY PROCEEDING NO. 18-06038 |
| Plaintiff } | |
| v. } | DEFENDANT EDUCATIONAL CREDIT MANAGEMENT CORPORATION'S MOTION FOR SUMMARY JUDGMENT |
| Navient, et al., } | |
| Defendants } | |

Now comes Defendant-Intervenor Educational Credit Management Corporation (hereinafter "ECMC"), by and through counsel, and respectfully moves this Court for the entry of summary judgment in its favor, and against Plaintiff Jeana Renee Hutsell, pursuant to Bankruptcy Rule 7056 and F.R.C.P. 56. Defendant shows the Court that, construing the evidence most favorably in Plaintiff's favor, there is no genuine issue of material fact and that Defendant is entitled to judgment as a matter of law.

The attached Memorandum of Law provides the grounds for Defendant's within Motion. WHEREFORE, Defendant, ECMC, respectfully requests that this Honorable Court grant summary judgment in its favor.

Respectfully submitted:

/s/Neil D. Schor
**NEIL D. SCHOR (#0042228)**
**HARRINGTON, HOPPE & MITCHELL, LTD.**
26 Market Street, Suite 1200
Youngstown, Ohio 44503
Telephone: (330) 744-1111
E-mail: nschor@hhmlaw.com

Attorney for Educational Credit
Management Corporation

## CERTIFICATE OF SERVICE

I, Neil D. Schor, hereby certify that a copy of the foregoing Motion for Summary Judgment was electronically transmitted on December 30, 2019, via this Court's ECF/CM System to the following who are listed on the Court's Electronic Mail Notice List:

Edwin H. Breyfogle, Attorney for Plaintiff
edwinbreyfogle@gmail.com

Suzana Krstevski Koch, U.S. Attorney
Suzana.Koch@usdoj.gov.

Marc D. Gertz, Trustee
mpgertz@goldman-rosen.com

/s/Neil D. Schor
**NEIL D. SCHOR (#0042228)**
Attorney for Defendant, Educational Credit
Management Corporation

{00658914-1}