# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | CASE NO. 18-61474 |
| JEANA RENEE HUTSELL | CHAPTER 7 |
| Debtor | JUDGE RUSS KENDIG |
| JEANA RENEE HUTSELL | ADVERSARY NO. 18-6038 |
| Plaintiff | |
| vs | |
| NAVIENT, et al | |
| Defendant | |

## MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff, through counsel, and for her Motion for Summary Judgment states:

## FACTS

Plaintiff obtained a student loan in 2007 to attend online at Rio Salado to obtain a degree in chemical dependency. For health reasons, she was unable to complete the program.

The Affidavit and the attachments thereto chronicle her struggles, both with health and employment since she withdrew from school in 2008.

Plaintiff has filed a Complaint alleging that unless the student loan debt is discharged, she will suffer an undue hardship.

Defendant ECMC had filed a Motion for Summary Judgment, alleging that there were no disputes regarding material facts on any of the three prongs of the Brunner test adopted by the Sixth Circuit U.S. Court of Appeals in <u>Ogler v Eluc v Credit Mgmt. Corp</u> 409 F.3d 382 (6th Cir.

2005). That Motion was denied. Plaintiff now files her Motion for Summary Judgment.

## ARGUMENT

Summary Judgment is governed by Federal Civil Rule 56, which, pursuant to Fed R. Bankr Pro 7056 applies to bankruptcy proceedings. For Plaintiff to prevail, she must show that "there is no dispute as to any material fact," and that she is "entitled to Judgment as a matter of law" Fed. R Civil Pro 56.

Evidence must be viewed in the light most favorable to the Defendant. <u>Matsushita Electric Indus Co. Ltd v Zenith Radio Corp</u> 475 U.S. 574.

The Brunner test requires that the debtor prove, by a preponderance of the evidence:

> "(1) that the debtor cannot maintain, based on current income and expenses, a "minimal" standard of living for (himself) and (his) dependents if forced to repay the loans; (2) that additional circumstances exist indicating that this state of affairs is likely to persist for a significant portion of the repayment period of the student loans; and (3) that the debtor has made good faith efforts to repay the loans.
> *Id.* (Quoting *Brunner v. New York State Higher Educ. Servc. Corp.*, 831 f.2d 395, 396 (2d Cir.1987). To satisfy the second prong, Barrett must show that circumstances indicate a "certainty of hopelessness, not merely a present inability to fulfill financial commitment." *Id.* at 386 (quoting In re Roberson, 999 F.2d 1132, 1136 (7th Cir.1993)); see also *In re Hornsby*, 144 F.3d 433, 438 (6th Cir.1998) (observing That debtors "need not live in abject poverty before a discharge is forthcoming"). These circumstances may include, but are not limited to, "illness, disability, a lack of useable job skills, or the existence of a large number of dependents." *Id.* Ultimately, the most important factor in satisfying the second prong is that the "additional circumstances" must be "beyond The debtor's control, not borne of free choice." *Id.*"

## THE FIRST PRONG

The first prong of the Brunner test is present inability to pay.

It is the law of the case that the gifts from Plaintiff's parents are not counted for the first prong. Arizona v. California 460 U.S. 605 (1983).

Her employment has not changed from Exhibits "A" and "B", except for the fact that she had a leave of absence as set forth in Exhibits "F" and "G"; Exhibit "F" being the doctor's statement, and Exhibit "G" being her bank accounts for the last three (3) months. She had been receiving unemployment compensation plus $600.00 per week, but returned to work at the same rate of pay on May 26, 2020.

She is still unable to maintain a minimal standard of living if she is required to pay her student loans. The First Prong is met.

## THE SECOND PRONG

Substantial medical records were provided, and are incorporated herein as a part of her Affidavit. (Plaintiff's Exhibit "D") They show substantial, chronic illness which is unlikely to subside. This is in no way the fault of the Debtor.

Of particular importance is the letter from Michael Van Ness MD with respect to the history and future prognosis of the Debtor. It is found on the seventh (7th) page of the Exhibit "D9 Document".

In addition, is Exhibit "E" is citations for various scholarly works regarding the conditions experienced by a person in the Debtor's condition.

The United States Sixth Circuit Court of Appeals in In re Barrett 487 F.3d 353, (6th Cir.2007) considered a situation similar to Plaintiffs. In that case the Debtor had similar impediments to work, with similar evidence presented. She passes the Second Prong under *In re*

*Barrett, supra.*

## THE THIRD PRONG

The Third Prong is good faith effort. It is conceded no payments have been made. That is not, however, dispositive of the issue. Plaintiff has never had the ability to repay the student loans as evidenced by the income information shown in her Exhibit "C." *In re Barrett, supra* at pages 365-366.

Attempts were made, but due to frequent assignments, she was unable to even determine where the payments were to be sent. A relative had offered to pay the loan in a lump sum, but she could not determine where the money was to be sent. Prior to those attempts, the income documents show her income was inadequate to make any payment. (See Exhibit "A") She satisfies the *Brunner Test* as applied *In re Barrett, supra*.

## CONCLUSION

Debtor is a middle aged woman, single with no dependents, who has suffered the misfortune of incredibly severe health impairments. Despite this, she has continued to attempt to work at the best of ability, but is unable to make enough money to maintain a minimum standard of living for herself.

Substantial medical records have been provided showing her severe health impairments. Income from the past has been presented showing that there were significant periods of almost no income, and now she has finally obtained full time employment, but barely above minimum wage.

While no on can predict the future with certainty, it is certainly more likely than not that her income will remain at its current level.

She has never really had the income to make meaningful payments, if any, upon her

student loans, and when she tried to contact the lender, she was unable to find who actually owned her loan. This is evidenced by the difficulty of finding the proper party when this lawsuit was filed.

For the reasons set forth, Plaintiff has sufficient credible evidence establishing her entitlement to a discharge of her student loan *Brunner Test*, in that reasonable minds can only come to one conclusion and that is favorable to the Plaintiff. Plaintiff's Motion for Summary Judgment should be granted.

/S/ Edwin H. Breyfogle
Edwin H. Breyfogle
Ohio Reg. No. 0000822
Attorney for Debtor/Plaintiff
108 Third St NE
Massillon, OH 44646
(330) 837-9735
FAX (330) 837-8922
*E-mail: ebreyfogle@gmail.com*

## CERTIFICATE OF SERVICE

The undersigned certifies that on 29 day of May, 2020, a true and correct copy of the foregoing Motion for Summary Judgment was served via the Court's electronic case filing system on the following who are listed on the Court's Electronic Mail Notice List:

*Neil Schor          Nschor@hhmlaw.com

/S/ Edwin H. Breyfogle
Edwin H. Breyfogle
Attorney for Debtor/Plaintiff

AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

STATE OF OHIO  )
                  )SS
STARK COUNTY )

I, Jeana R. Hutsell, being first duly sworn, deposes and states that the foregoing is true to the best of his knowledge, information and belief:

1. I was placed on a leave of absence for medical reasons on or about March 16, 2020. A copy of my doctor's letter is attached as Exhibit "F".

2. I received unemployment compensation with the additional $600.00 through May 23, 2020. I returned to work on May 26, 2020, working 40 hours per week at the same pay scale as before.

3. My checking account transaction history with larger payments identified for the period February 18, 2020 to May 27, 2020 is attached hereto as Exhibit "G"

4. The affidavits and Exhibits A through E from my response to Plaintiff's Motion for Summary Judgment (Docket No.34-48) remain accurate are are incorporated herein

Further Affiant sayeth naught.

_____
Jeana R. Hutsell

SWORN to before me and subscribed in my presence this 27 day of May, 2020.

_____
Notary Public

EDWIN H. BREYFOGLE
ATTORNEY-AT-LAW
NOTARY PUBLIC-STATE OF OHIO
LIFETIME COMMISSION

Ex F

**GASTROENTEROLOGY SPECIALISTS, INC.**
2726 Fulton Drive N.W.
Canton, Ohio 44718
330-455-5011

Date: March 16, 2020

To Whom It May Concern:

Our patient, Jeana Hutsell, is immunocompromised and is at an increased risk to contract COVD-19.

This patient needs to follow stricter isolation precautions than the regular population.

Sincerely,

Michael M. Van Ness, M.D.

Gastroenterology Specialists, Inc.

F:/COVID-19 IMMUNOCOMPROMISED PT 2020

E+ G



| Account Name | Asterisk-Free Checking | Accout Number | ...4275 |
|---|---|---|---|
| Today's Beginning Balance | $1,010.52 | Routing Number | 044115090 |
| Pending Transactions | -$456.20 | Account Nickname | Asterisk-Free Checking |
| Deposit Holds | $0.00 | Account Type | Asterisk-Free Checking |
| | | Interest Earned But Not Paid | $0.00 |
| **Account Balance** | **$554.32** | Year-to-Date Interest | $0.00 |
| | | Previous Year Interest | $0.00 |

## Transaction History

Transactions from 02/01/20 through 05/27/20

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| 05/27/2020 | AMZN MKTP US AMZN.COM/ SEATTLE WA XXXXXXX XXXXX3013 | Debit Card | -$19.17 pending | $554.32 |
| 05/27/2020 | LINDSEY'S PIZZA XXXXXX XXXXXX3013 | Debit Card | -$9.50 pending | $573.49 |
| 05/27/2020 | AMZN MKTP US AMZN.COM/ XXXXXXX XXXX3013 | Debit Card | -$53.22 pending | $582.99 |
| 05/27/2020 | MACYS .COM XXXXXXXXXX XX3013 | Debit Card | -$115.53 pending | $636.21 |
| 05/27/2020 | AMZN MKTP US AMZN.COM/ XXXXXXX XXXX3013 | Debit Card | -$50.97 pending | $751.74 |
| 05/27/2020 | WWW.GILT.COM XXXXXX XXXXX3013 | Debit Card | -$237.46 pending | $802.71 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| 05/27/2020 | REVERSALR MACYS .COM MASON OH X XXXXXXXXX X3013 | Debit Card | $29.65 pending | $1,040.17 |
| 05/26/2020 | DISCOUNT D RUG M | ATM/POS 600104 | -$26.57 | $1,010.52 |
| 05/26/2020 | DISCOUNT D RUG M | ATM/POS 600107 | -$7.43 | $1,037.09 |
| 05/26/2020 | MAGGIORE'S DRIVE THRU | Debit Card | -$41.27 | $1,044.52 |
| 05/26/2020 | CKO*PATREON* MEMBERS HI | Debit Card | -$10.00 | $1,085.79 |
| 05/26/2020 | JIMMY JOHNS # 718 | Debit Card | -$9.26 | $1,095.79 |
| 05/26/2020 | ARBYS #993 CANTON | Debit Card | -$10.99 | $1,105.05 |
| 05/26/2020 | VCA GREEN AH #809  *Vet* | Debit Card | -$450.88 | $1,116.04 |
| 05/26/2020 | SCRUBS & BEYOND ECOM M | Debit Card | -$27.00 | $1,566.92 |
| 05/26/2020 | KRAUS PIZZA FULTON | Debit Card | -$30.79 | $1,593.92 |
| 05/22/2020 | SPEEDWAY 5050 FUL | ATM/POS 12073 | -$5.73 | $1,624.71 |
| 05/22/2020 | SCRUBS & BEYOND ECOM M | Debit Card | -$47.46 | $1,630.44 |
| 05/22/2020 | GRASS CITY | Debit Card | -$31.52 | $1,677.90 |
| 05/22/2020 | JAANUU.COM | Debit Card | -$75.00 | $1,709.42 |
| 05/22/2020 | PAPA BEAR S PIZZA OVEN | Debit Card | -$37.70 | $1,784.42 |
| 05/22/2020 | MERCHANDISE RET MACYS BEL | Debit Card | $296.54 | $1,822.12 |
| 05/21/2020 | SCRUBS & BEYOND ECOM M | Debit Card | -$154.41 | $1,525.58 |
| 05/20/2020 | UNIFORM ADVANTAGE | Debit Card | -$133.92 | $1,679.99 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| 05/19/2020 | AMAZON DIGIT*M77947ZS0 | Debit Card | -$5.99 | $1,813.91 |
| 05/19/2020 | FSI*OHIO BILLMATRIX | Debit Card | -$99.55 | $1,819.90 |
| 05/19/2020 | AMAZON PRIME*M76A69ZA1 | Debit Card | -$13.83 | $1,919.45 |
| 05/19/2020 | ODJFS OHIO 2 | Direct Deposit | $220.00 | $1,933.28 |
| 05/19/2020 | ODJFS FAC | Direct Deposit | $600.00 | $1,713.28 |
| 05/18/2020 | SPEEDWAY 4332 HIL 91108 | ATM/POS | -$29.48 | $1,113.28 |
| 05/18/2020 | FISHERS FOODS- 272002 | ATM/POS | -$32.96 | $1,142.76 |
| 05/18/2020 | FISHERS FOODS- 272002 | ATM/POS | -$136.96 | $1,175.72 |
| 05/18/2020 | KRAUS PIZZA FULTON | Debit Card | -$20.85 | $1,312.68 |
| 05/15/2020 | DISCOUNT DRUG M 600903 | ATM/POS | -$127.01 | $1,333.53 |
| 05/15/2020 | K-9 HAIRSTYLES | Debit Card | -$15.00 | $1,460.54 |
| 05/15/2020 | ADIDAS US ONLINE STORE | Debit Card | -$49.79 | $1,475.54 |
| 05/12/2020 | UNIFORMSANDSCRUBS UNIF | Debit Card | -$122.67 | $1,525.33 |
| 05/12/2020 | SP * BLUEFLY | Debit Card | -$138.99 | $1,648.00 |
| 05/12/2020 | MERCHANDISE RET UNIFORMSAN | Debit Card | $40.88 | $1,786.99 |
| 05/12/2020 | ODJFS OHIO 2 | Direct Deposit | $220.00 | $1,746.11 |
| 05/12/2020 | ODJFS FAC | Direct Deposit | $600.00 | $1,526.11 |
| 05/11/2020 | TMOBILE*POSTPAID PDA | Debit Card | -$100.78 | $926.11 |
| 05/11/2020 | FISHERS FOODS- 272002 | ATM/POS | -$68.47 | $1,026.89 |

| Date | Description | Type | Memo | Amount | Balance |
|---|---|---|---|---|---|
| 05/11/2020 | DANSKO, LLC | Debit Card | | -$114.99 | $1,095.36 |
| 05/11/2020 | VICTORIASSECRET.COM | Debit Card | Clothing | -$316.84 | $1,210.35 |
| 05/11/2020 | SPECTRUM | Debit Card | | -$176.98 | $1,527.19 |
| 05/11/2020 | MACYS .COM | Debit Card | Clothing | -$296.54 | $1,704.17 |
| 05/08/2020 | AMZN MKTP US*E525E3AZ3 | Debit Card | | -$15.96 | $2,000.71 |
| 05/07/2020 | DISCOUNT D RUG M | ATM/POS 600109 | | -$44.03 | $2,016.67 |
| 05/07/2020 | FSI*OHIO BILLMATRIX | Debit Card | | -$110.31 | $2,060.70 |
| 05/06/2020 | ODJFS OHIO 2 | Direct Deposit | | $220.00 | $2,171.01 |
| 05/06/2020 | ODJFS FAC | Direct Deposit | | $600.00 | $1,951.01 |
| 05/05/2020 | KRAUS PIZZA FULTON | Debit Card | | -$26.50 | $1,351.01 |
| 05/05/2020 | FISHERS FOODS-FULTON D | Debit Card | | -$3.68 | $1,377.51 |
| 05/04/2020 | SPOTIFY USA | Debit Card | | -$10.64 | $1,381.19 |
| 05/04/2020 | FISHERS FOODS- | ATM/POS 272002 | | -$104.42 | $1,391.83 |
| 05/04/2020 | PRIME VIDEO *E03X052K3 | Debit Card | | -$4.25 | $1,496.25 |
| 05/04/2020 | WALGREENS 4024 FUL | ATM/POS 983022 | | -$36.13 | $1,500.50 |
| 05/04/2020 | SPEEDWAY 5050 FUL | ATM/POS 12073 | | -$76.26 | $1,536.63 |
| 05/04/2020 | FISHERS FOODS- | ATM/POS 272002 | | -$137.51 | $1,612.89 |
| 05/04/2020 | DOLLAR GENERAL | ATM/POS 392022 | | -$45.74 | $1,750.40 |
| 05/04/2020 | CKO*PATREON* MEMBERSHI | Debit Card | | -$14.99 | $1,796.14 |
| 05/04/2020 | NETFLIX.COM | Debit Card | | -$17.03 | $1,811.13 |

| Date | Description | Type | Note | Amount | Balance |
|---|---|---|---|---|---|
| 05/04/2020 | PAY*FOXHAVEN CREDIT C A | Debit Card | Rent | -$650.64 | $1,828.16 |
| 05/04/2020 | AMAZON.COM*0M7XU8093 | Debit Card | | -$34.81 | $2,478.80 |
| 05/01/2020 | PRIME VIDEO *2H6JJ0073 | Debit Card | | -$4.25 | $2,513.61 |
| 05/01/2020 | PRIME VIDEO *2J3UP9FM3 | Debit Card | | -$5.31 | $2,517.86 |
| 05/01/2020 | AMZN MKTP US*L64WN1273 | Debit Card | Hair laser removal | -$797.66 | $2,523.17 |
| 04/30/2020 | HISTORY VAULT FROM A E | Debit Card | | -$4.99 | $3,320.83 |
| 04/30/2020 | ODJFS OHIO 2 | Direct Deposit | | $880.00 | $3,325.82 |
| 04/30/2020 | ODJFS FAC | Direct Deposit | | $2,400.00 | $2,445.82 |
| 04/29/2020 | HLU*HULU 795673920072- | Debit Card | | -$2.11 | $45.82 |
| 04/28/2020 | DISCOUNT DRUG MA PAYROLL | Direct Deposit | | $8.04 | $47.93 |
| 04/27/2020 | DISCOUNT DRUG M | ATM/POS 600104 | | -$1.89 | $39.89 |
| 04/27/2020 | PRIME VIDEO *2T0AN1BB3 | Debit Card | | -$4.25 | $41.78 |
| 04/27/2020 | WALGREENS 4024 FUL | ATM/POS 983022 | | -$44.84 | $46.03 |
| 04/27/2020 | FISHERS FOODS- | ATM/POS 272002 | | -$48.74 | $90.87 |
| 04/27/2020 | PRIME VIDEO *LW4WP7H03 | Debit Card | | -$4.25 | $139.61 |
| 04/24/2020 | SMP*EDGEPARK | Debit Card | Medical | -$288.58 | $143.86 |
| 04/23/2020 | Money Received from RANDALL HU | Direct Deposit | | $100.00 | $432.44 |
| 04/21/2020 | WALGREENS 4024 FUL | ATM/POS 983022 | | -$46.73 | $332.44 |
| 04/21/2020 | PRIME VIDEO *QG0YV1S53 | Debit Card | | -$4.25 | $379.17 |

| Date | Description | Type | Note | Amount | Balance |
|---|---|---|---|---|---|
| 04/20/2020 | PRIME VIDEO *ZY6HL0L43 | Debit Card | | -$4.25 | $383.42 |
| 04/20/2020 | AMAZON DIGI T*M58PB1960 | Debit Card | | -$5.99 | $387.67 |
| 04/20/2020 | AMAZON PRIME*7P4XH8T43 | Debit Card | | -$13.83 | $393.66 |
| 04/20/2020 | KRAUS PIZZA FULTON | Debit Card | | -$26.50 | $407.49 |
| 04/20/2020 | MAGGIORE'S DRIVE THRU | Debit Card | | -$24.94 | $433.99 |
| 04/20/2020 | CKO*PATREON* MEMBERS HI | Debit Card | | -$10.00 | $458.93 |
| 04/20/2020 | SPECTRUM | Debit Card | Cable for 3 months | -$376.89 | $468.93 |
| 04/17/2020 | DISCOUNT DRUG M | ATM/POS 600106 | | -$65.83 | $845.82 |
| 04/17/2020 | PRIME VIDEO *5F9SM5253 | Debit Card | | -$4.25 | $911.65 |
| 04/17/2020 | FSI*OHIO BILLMATRIX | Debit Card | | -$149.37 | $915.90 |
| 04/17/2020 | TMOBILE*POSTPAID PDA | Debit Card | | -$200.46 | $1,065.27 |
| 04/16/2020 | DISCOUNT DRUG MA PAYROLL | Direct Deposit | | $50.85 | $1,265.73 |
| 04/15/2020 | IRS TREAS 310 TAX REF | Direct Deposit | | $1,200.00 | $1,214.88 |
| 04/14/2020 | FISHERS FOODS- | ATM/POS 272002 | | -$20.29 | $14.88 |
| 04/14/2020 | DOLLAR GENERAL | ATM/POS 392021 | | -$20.41 | $35.17 |
| 04/13/2020 | FISHERS FOODS- | ATM/POS 272002 | | -$20.15 | $55.58 |
| 04/13/2020 | Money Received from RANDALL HU | Direct Deposit | | $50.00 | $75.73 |
| 04/09/2020 | DISCOUNT DRUG M | ATM/POS 600103 | | -$29.45 | $25.73 |
| 04/07/2020 | PRIME VIDEO *O47EQ2NK3 | Debit Card | | -$4.25 | $55.18 |

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 04/06/2020 | FISHERS FOODS- | ATM/POS 272002 | -$79.90 | $59.43 |
| 04/06/2020 | WALGREENS 4024 FUL | ATM/POS 983022 | -$85.72 | $139.33 |
| 04/06/2020 | KRAUS PIZZA FULTON | Debit Card | -$28.25 | $225.05 |
| 04/06/2020 | SPOTIFY USA | Debit Card | -$10.64 | $253.30 |
| 04/02/2020 | CKO*PATREON* MEMBERS HI | Debit Card | -$4.99 | $263.94 |
| 04/02/2020 | NETFLIX.COM | Debit Card | -$17.03 | $268.93 |

VIEW A REPORT >

EDIT TRANSACTIONS >



1 - 100 >

Tour the Page



| Account Name | Asterisk-Free Checking | | Accout Number | ...4275 |
|---|---|---|---|---|
| Today's Beginning Balance | $1,010.52 | | Routing Number | 044115090 |
| Pending Transactions | -$456.20 | | Account Nickname | Asterisk-Free Checking |
| Deposit Holds | $0.00 | | Account Type | Asterisk-Free Checking |
| | | | Interest Earned But Not Paid | $0.00 |
| **Account Balance** | **$554.32** | | Year-to-Date Interest | $0.00 |
| | | | Previous Year Interest | $0.00 |

## Transaction History

Transactions from 02/01/20 through 05/27/20

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| 03/31/2020 | PRIME VIDEO *RQ3MA0WO3 | Debit Card | -$5.31 | $285.96 |
| 03/31/2020 | PAY*FOXHAVEN CREDIT CA | Debit Card *Rent* | -$650.64 | $291.27 |
| 03/30/2020 | HISTORY VAULT FROM A E | Debit Card | -$4.99 | $941.91 |
| 03/30/2020 | DISCOUNT D RUG M | ATM/POS 600503 | -$56.88 | $946.90 |
| 03/30/2020 | CIRCLE K # 0 5703 5 | ATM/POS 11 | -$16.04 | $1,003.78 |
| 03/30/2020 | HLU*HULU 79 5673927553- | Debit Card | -$2.11 | $1,019.82 |
| 03/30/2020 | KRAUS PIZZA FULTON | Debit Card | -$28.25 | $1,021.93 |
| 03/30/2020 | Money Received from RAND ALL HU | Direct Deposit | $650.00 | $1,050.18 |
| 03/27/2020 | ACME NO. 19 | ATM/POS 569001 | -$43.96 | $400.18 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| 03/26/2020 | DISCOUNT D RUG M | ATM/POS 600103 | -$15.95 | $444.14 |
| 03/26/2020 | FISHERS FOODS- | ATM/POS 272002 | -$98.69 | $460.09 |
| 03/24/2020 | DISCOUNT D RUG MA PAY ROLL | Direct Deposit | $323.72 | $558.78 |
| 03/23/2020 | SPEEDWAY 5050 FUL | ATM/POS 12073 | -$17.56 | $235.06 |
| 03/23/2020 | FISHERS FOODS- | ATM/POS 272002 | -$24.16 | $252.62 |
| 03/19/2020 | PRIME VIDEO *KZ4ME2GF3 | Debit Card | -$5.31 | $276.78 |
| 03/19/2020 | PRIME VIDEO *Y91ML21M3 | Debit Card | -$5.31 | $282.09 |
| 03/19/2020 | AMZN DIGITAL*8R87J0H33 | Debit Card | -$5.99 | $287.40 |
| 03/19/2020 | AMAZON PRIME*3J7S43LJ3 | Debit Card | -$13.83 | $293.39 |
| 03/17/2020 | SHEETZ 0389 | ATM/POS 122701 | -$76.27 | $307.22 |
| 03/17/2020 | DISCOUNT D RUG M | ATM/POS 600109 | -$28.12 | $383.49 |
| 03/17/2020 | DISCOUNT D RUG MA PAY ROLL | Direct Deposit | $366.47 | $411.61 |
| 03/16/2020 | KRAUS PIZZA FULTON | Debit Card | -$28.25 | $45.14 |
| 03/13/2020 | DISCOUNT D RUG M | ATM/POS 600103 | -$25.42 | $73.39 |
| 03/13/2020 | DISCOUNT D RUG M | ATM/POS 600107 | -$3.49 | $98.81 |
| 03/12/2020 | DISCOUNT D RUG M | ATM/POS 600104 | -$74.48 | $102.30 |
| 03/12/2020 | DISCOUNT D RUG M | ATM/POS 600108 | -$7.93 | $176.78 |
| 03/12/2020 | DISCOUNT D RUG M | ATM/POS 600103 | -$3.64 | $184.71 |
| 03/12/2020 | DISCOUNT D RUG M | ATM/POS 600107 | -$18.08 | $188.35 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| 03/12/2020 | DISCOUNT D RUG M | ATM/POS 600107 | -$4.25 | $206.43 |
| 03/11/2020 | FISHERS FOODS- | ATM/POS 272002 | -$275.75 | $210.68 |
| 03/11/2020 | DISCOUNT D RUG M | ATM/POS 600107 | -$12.76 | $486.43 |
| 03/11/2020 | K-9 HAIRSTYLES | Debit Card | -$48.00 | $499.19 |
| 03/10/2020 | DISCOUNT D RUG M | ATM/POS 600103 | -$59.58 | $547.19 |
| 03/10/2020 | DISCOUNT D RUG M | ATM/POS 600110 | -$5.98 | $606.77 |
| 03/10/2020 | DISCOUNT D RUG MA PAY ROLL | Direct Deposit | $377.50 | $612.75 |
| 03/09/2020 | DISCOUNT D RUG M | ATM/POS 600103 | -$30.43 | $235.25 |
| 03/09/2020 | DISCOUNT D RUG M | ATM/POS 600107 | -$18.14 | $265.68 |
| 03/09/2020 | DISCOUNT D RUG M | ATM/POS 600103 | -$7.64 | $283.82 |
| 03/06/2020 | WALGREENS 4024 FUL | ATM/POS 983051 | -$25.00 | $291.46 |
| 03/06/2020 | DISCOUNT D RUG M | ATM/POS 600104 | -$11.72 | $316.46 |
| 03/06/2020 | DISCOUNT D RUG M | ATM/POS 600107 | -$3.18 | $328.18 |
| 03/06/2020 | DISCOUNT D RUG M | ATM/POS 600107 | -$12.75 | $331.36 |
| 03/05/2020 | FISHERS FOODS- | ATM/POS 272002 | -$155.01 | $344.11 |
| 03/05/2020 | DISCOUNT D RUG M | ATM/POS 600103 | -$7.64 | $499.12 |
| 03/05/2020 | EXE PRODUCTIONS | Debit Card | -$134.95 | $506.76 |
| 03/04/2020 | DISCOUNT D RUG M | ATM/POS 600107 | -$2.99 | $641.71 |
| 03/04/2020 | DISCOUNT D RUG M | ATM/POS 600105 | -$2.12 | $644.70 |
| 03/04/2020 | DISCOUNT D RUG M | ATM/POS 600109 | -$11.97 | $646.82 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| 03/04/2020 | SPOTIFY USA | Debit Card | -$10.64 | $658.79 |
| 03/03/2020 | DISCOUNT D RUG M | ATM/POS 600107 | -$21.25 | $669.43 |
| 03/03/2020 | DISCOUNT D RUG M | ATM/POS 600103 | -$10.82 | $690.68 |
| 03/03/2020 | DISCOUNT D RUG M | ATM/POS 600107 | -$43.42 | $701.50 |
| 03/03/2020 | STATE OF OHIO TAXREFUNDS | Direct Deposit | $366.00 | $744.92 |
| 03/03/2020 | DISCOUNT D RUG MA PAY ROLL | Direct Deposit | $378.50 | $378.92 |
| 03/02/2020 | CKO*PATREON* MEMBERS H | Debit Card | -$24.99 | $0.42 |
| 03/02/2020 | FISHERS FOODS- | ATM/POS 272002 | -$9.08 | $25.41 |
| 03/02/2020 | FISHERS FOODS- | ATM/POS 272002 | -$61.12 | $34.49 |
| 03/02/2020 | NETFLIX.COM | Debit Card | -$17.03 | $95.61 |
| 03/02/2020 | WALGREENS 4024 FUL | ATM/POS 983022 | -$16.00 | $112.64 |
| 03/02/2020 | HISTORY VAULT FROM A E | Debit Card | -$4.99 | $128.64 |
| 03/02/2020 | ARBYS #993 CANTON | Debit Card | -$18.86 | $133.63 |
| 03/02/2020 | WAL-MART #2361 | ATM/POS 610067 | -$258.67 | $152.49 |
| 03/02/2020 | SUBWAY 00023036 | Debit Card | -$23.97 | $411.16 |
| 03/02/2020 | HLU*HULU 795673925219 | Debit Card | -$2.11 | $435.13 |
| 03/02/2020 | SPECTRUM | Debit Card | -$182.97 | $437.24 |
| 02/28/2020 | DISCOUNT D RUG M | ATM/POS 600103 | -$18.98 | $620.21 |
| 02/28/2020 | PAY*FOXHAVEN CREDIT C A *(handwritten: Rent)* | Debit Card | -$650.64 | $639.19 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| 02/28/2020 | FSI*OHIO BILLMATRIX | Debit Card | -$179.73 | $1,289.83 |
| 02/27/2020 | DISCOUNT DRUG M | ATM/POS 600103 | -$7.64 | $1,469.56 |
| 02/27/2020 | DISCOUNT DRUG M | ATM/POS 600110 | -$12.78 | $1,477.20 |
| 02/27/2020 | SMP*EDGEPARK | Debit Card | -$9.45 | $1,489.98 |
| 02/27/2020 | TMOBILE*POSTPAID PDA | Debit Card | -$99.73 | $1,499.43 |
| 02/27/2020 | ARBYS #993 CANTON | Debit Card | -$6.88 | $1,599.16 |
| 02/27/2020 | Money Received from RANDALL HU | Direct Deposit | $615.00 | $1,606.04 |
| 02/26/2020 | WALGREENS 4024 FUL | ATM/POS 983051 | -$147.49 | $991.04 |
| 02/26/2020 | DISCOUNT DRUG M | ATM/POS 600109 | -$3.67 | $1,138.53 |
| 02/26/2020 | SHEETZ 0389 | ATM/POS 122701 | -$12.30 | $1,142.20 |
| 02/26/2020 | BURGER KING #24754 Q07 | Debit Card | -$8.58 | $1,154.50 |
| 02/26/2020 | IRS TREAS 310 TAX REF | Direct Deposit | $984.00 | $1,163.08 |
| 02/25/2020 | DISCOUNT DRUG M | ATM/POS 600110 | -$6.91 | $179.08 |
| 02/25/2020 | DISCOUNT DRUG M | ATM/POS 600107 | -$11.00 | $185.99 |
| 02/25/2020 | DISCOUNT DRUG M | ATM/POS 600107 | -$33.49 | $196.99 |
| 02/25/2020 | DISCOUNT DRUG MA PAY ROLL | Direct Deposit | $216.85 | $230.48 |
| 02/24/2020 | SPEEDWAY 5050 FUL | ATM/POS 12073 | -$13.48 | $13.63 |
| 02/24/2020 | FISHERS FOODS- | ATM/POS 272002 | -$22.32 | $27.11 |
| 02/24/2020 | SHEETZ 0389 00003897 | Debit Card | -$28.16 | $49.43 |
| 02/24/2020 | MCDONALD'S F36763 | Debit Card | -$10.96 | $77.59 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| 02/21/2020 | MICHAELS STORE | ATM/POS 4 | -$14.68 | $88.55 |
| 02/21/2020 | DISCOUNT D RUG M | ATM/POS 600103 | -$2.12 | $103.23 |
| 02/20/2020 | DISCOUNT D RUG M | ATM/POS 600103 | -$20.32 | $105.35 |
| 02/19/2020 | VICTORIA'S S ECR | ATM/POS 38901 | -$30.89 | $125.67 |
| 02/19/2020 | DISCOUNT D RUG M | ATM/POS 600107 | -$10.63 | $156.56 |
| 02/19/2020 | DISCOUNT D RUG M | ATM/POS 600103 | -$12.85 | $167.19 |
| 02/19/2020 | AMAZON DIGI T*840E58OA3 | Debit Card | -$5.99 | $180.04 |
| 02/19/2020 | AMAZON PRIME*IW6EL4LR3 | Debit Card | -$13.83 | $186.03 |
| 02/18/2020 | DISCOUNT D RUG M | ATM/POS 600103 | -$12.78 | $199.86 |
| 02/18/2020 | DISCOUNT D RUG M | ATM/POS 600108 | -$10.85 | $212.64 |
| 02/18/2020 | MISSION BBQ CANTON, OH | Debit Card | -$23.06 | $223.49 |
| 02/18/2020 | FISHERS FOODS- | ATM/POS 272002 | -$138.75 | $246.55 |
| 02/18/2020 | DISCOUNT D RUG MA PAYROLL | Direct Deposit | $292.62 | $385.30 |

VIEW A REPORT >

EDIT TRANSACTIONS >

< 101 - 200 >

Tour the Page